# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COASTLAND CHAPMAN PLAZA, L.P., a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01891-JLS-ADS<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Coastland Chapman Plaza, L.P. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  September 11, 2020

JOSEPHINE L. STATON
_____
UNITED STATES DISTRICT JUDGE